# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

CASE NO.: CR-06-00071                    DATE: February 26, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter Tenorio | Electronically Recorded: 11:04:14 - 11:20:00 |
| CSO: N. Edrosa | |

**APPEARANCES:**

Defendant: Sang Ho Kim                    Attorney: Joseph Razzano

☑Present ☑Custody ☐Bond ☐P.R.          ☑Present ☐Retained ☐FPD ☑CJA

| | |
|---|---|
| U.S. Attorney: Karon Johnson | U.S. Agent: |
| U.S. Probation: Stephen Guilliot | U.S. Marshal: D. Punzalan |
| Interpreter: Sung W.Yoon | Language: Korean |

**PROCEEDINGS: Initial Appearance on a Superseding Indictment and Arraignment**

- Financial Affidavit reviewed and accepted: Joseph Razzano appointed to represent the defendant.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of the superseding Indictment.
- Plea entered: Not guilty
- Trial set for: April 28, 2008 at 9:30 a.m.
- Defense request for release. Denied.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: