# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**SANG HO KIM,**<br><br>　　　　　Defendant. | CRIMINAL CASE　NO. 06-00071<br><br><br>**APPOINTMENT ORDER** |
|---|---|

IT IS HEREBY ORDERED that JOSEPH C. RAZZANO is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to February 25, 2008.

　　　　　　　　　　　　　　　　**/s/ Joaquin V.E. Manibusan, Jr.**
　　　　　　　　　　　　　　　　　　**U.S. Magistrate Judge**
　　　　　　　　　　　　　　　　**Dated: Feb 26, 2008**