# UNITED STATES DISTRICT COURT

DISTRICT OF       **GUAM**

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**SANG HO KIM**        CASE NUMBER:    **CR-06-00071-001**

TYPE OF CASE:
☐ **CIVIL**      X    **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**PRE-TRIAL CONFERENCE and HEARING ON ALL MOTIONS**

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>April 21, 2008 at 9:30 a.m. | CONTINUED TO DATE AND TIME<br><br>April 22, 2008 at 10:30 a.m. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 27, 2008            /s/ Carmen B. Santos
DATE            (BY) DEPUTY CLERK

TO:    U. S. Attorney's Office
       Joseph C. Razzano
       U.S. Probation Office
       U.S. Marshals Service