**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
CHANGE OF PLEA**

CASE NO.: CR-06-00071  DATE: April 09, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio  Electronically Recorded: 9:46:27 - 10:13:30

**APPEARANCES:**
Defendant: Sang Ho Kim  Attorney: Samuel Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Carmen O'Mallan
Interpreter: Sung W. Yoon  Language: Korean

**PROCEEDINGS: Change of Plea**
- Pen and Ink changes made to plea agreement
- Defendant consented to Rule 11 Plea in a Felony Case before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: July 8, 2008 at 9:30 a.m.
- Draft Presentence Report due to the parties: June 3, 2008
- Response to Presentence Report: June 17, 2008
- Final Presentence Report due to the Court: July 1, 2008
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: