```
                                              FILED
                                       DISTRICT COURT OF GUAM

                                            APR 0 9 2008

                                          JEANNE G. QUINATA
                                            Clerk of Court
```

# IN THE DISTRICT COURT OF GUAM
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00071 |
| Plaintiff. ) | |
| ) | CONSENT TO RULE 11 PLEA IN |
| vs. ) | A FELONY CASE BEFORE UNITED STATES MAGISTRATE JUDGE |
| SANG HO KIM, ) | |
| Defendant. ) | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a

///
///
///
///
///



ORIGINAL

sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED this _9_ day of April 2008.

_____
SANG HO KIM
Defendant

_____
JOSEPH C. RAZZANO
Attorney for Defendant

APPROVED:

_____
KARON V. JOHNSON
Assistant U.S. Attorney