1

2

3

4

5

6

7

IN THE DISTRICT COURT OF GUAM

8

FOR THE TERRITORY OF GUAM

9

10

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00071 |
| | ) | |
| Plaintiff. | ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| vs. | ) | **CONCERNING PLEA OF GUILTY** |
| | ) | **IN A FELONY CASE** |
| SANG HO KIM, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

16

        The defendant, by consent, has appeared before me pursuant to Rule 11 of the Federal

Rules of Criminal Procedure has entered a plea of guilty to Count I of a Superseding Indictment

charging him with Criminal Conspiracy, in violation of 18 U.S.C. §§ 2 and 371.  After

examining the defendant under oath, I have determined that the defendant is fully competent and

capable of entering an informed plea, that the guilty plea was intelligently, knowingly and

voluntarily made, and that the offense charged is supported by an independent basis in fact

///

///

///

///

///

///

1  establishing each of the essential elements of such offense.  I therefore recommend that the plea

2  of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed

3  accordingly.

4        IT IS SO RECOMMENDED.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Apr 09, 2008**

## NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).**