IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00071 |
| Plaintiff. | ) | |
| vs. | ) | **ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |
| SANG HO KIM, | ) | |
| Defendant. | ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count I of a Superseding Indictment charging him with Criminal Conspiracy, in violation of 18 U.S.C. §§ 2 and 371, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on July 8, 2008, at 9:30 a.m.

IT IS SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Apr 29, 2008**