# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00071 |
| Plaintiff, | ) | |
| vs. | ) | |
| SANG HO KIM, | ) | **ORDER** |
| Defendant. | ) | |

On May 15, 2008, the Defendant filed a motion requesting that he be released to a third party custodian pending sentencing. Because the U.S. Probation Office has already performed the necessary investigation of the proposed third party custodian, the court hereby sets this matter for expedited briefing and hearing. Accordingly, the Government shall file its response to the motion no later than Friday, May 16, 2008. A hearing on this matter shall be held on Monday, May 19, 2008, at 1:30 p.m.

IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: May 15, 2008**