# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-06-00071　　　　　　　　　　DATE: May 19, 2008

Law Clerk: Judith P. Hattori　　　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　　Electronically Recorded: 1:37:17 - 1:53:43

**APPEARANCES:**

Defendant: Sang Ho Kim　　　　　　　　　Attorney: Joseph Razzano
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter: Sung W. Yoon　　　　　　　　Language: Korean

**PROCEEDINGS: Motion for Release on Personal Recognizance to Third Party Custodian**

- Motion for Release on Personal Recognizance to Third Party Custodian <u>granted</u>.
- Defendant ordered not to make any contact directly or indirectly with his wife, and to surrender his car keys to his wife's attorney .
- Defendant released.

NOTES: