PS 40A
(REV. 6/05)

# UNITED STATES DISTRICT COURT

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO**:    Immigration and Customs Enforcement
Attn: Detention and Removal Operations
108 Hernan Cortez, Suite 100
Hagatna, Guam 96910

**FROM:**   Judy Anne L. Ocampo, U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[X]   **Original Notice**

[ ]   **Disposition of Original Notice**

Date:   **May 19, 2008**

Date: _____

By:   **Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

By: _____

| | | | |
|---|---|---|---|
| Defendant: | **KIM, Sang Ho** | Case Number: | **Criminal Case #06-00071-001** |
| Date of Birth: | **XX-XX-1980** | Place of Birth: | **Seoul, Korea** |
| SSN: | **XXX-XX-2451** | Alien ("A") Number: | **XXX XXX XXX** |

### NOTICE OF COURT ORDER (Order Date: **May 19, 2008** )

[x]   The above-named defendant surrendered Passport Number **XXXXXXXXX** (Issuing Country: **Korea** ) to the custody of the U.S. Probation Office on **May 21, 2008** .

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ]   Defendant not convicted.

[ ]   Defendant convicted.

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
   ☐ Not Convicted - Document returned to defendant.
   ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
   ☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)