TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant
Sang Ho Kim*

**FILED**
DISTRICT COURT OF GUAM

MAY 29 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. CR06-00071 |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION FOR CONTINUANCE OF SENTENCING HEARING DATE |
| SANG HO KIM, | ) | |
| Defendant. | ) | |

----------

IT IS HEREBY STIPULATED that Defendant Sang Ho Kim's Sentencing Hearing Date scheduled to be heard on July 8, 2008 at 9:30 a.m. be continued for a period of thirty (30) days. Therefore, the parties stipulate that Defendant's Sentencing Hearing Date be rescheduled to Friday, August 8, 2008 at 9:30 a.m. and the Pre-Sentence Report due date and other dates surrounding this hearing be rescheduled accordingly.

///

///

///

DATED at Hagåtña, Guam, on May 28, 2008.

**TEKER TORRES & TEKER, P.C.**

By: /s/ Joseph C. Razzano
JOSEPH C. RAZZANO, ESQ.
Attorneys for Defendant

SO STIPULATED this 28 day of May, 2008.

**OFFICE OF THE UNITED STATES ATTORNEY**

By: /s/ Karon V. Johnson
KARON V. JOHNSON, ESQ.
Attorneys for Plaintiff

JCR:dq
007 PLDG-STIP TO CONTINUE SENTENCING.wpd