**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Sang Ho Kim*

**FILED**
DISTRICT COURT OF GUAM

JUN 0 3 2008 R.D.

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR06-00071 |
| Plaintiff, ) | |
| vs. ) | STIPULATION FOR CONTINUANCE OF SENTENCING HEARING DATE |
| SANG HO KIM, ) | |
| Defendant. ) | |

----------

IT IS HEREBY STIPULATED that Defendant Sang Ho Kim's Sentencing Hearing Date scheduled to be heard on July 8, 2008 at 9:30 a.m. be continued for a period of thirty (30) days because Defendant's counsel is scheduled to be off-island from July 8 ~ July 26, 2008. Therefore, the parties stipulate that Defendant's Sentencing Hearing Date be rescheduled to Friday, August 8, 2008 at 9:30 a.m. and the Pre-Sentence Report due date and other dates surrounding this hearing be rescheduled accordingly.

///

///

DATED at Hagåtña, Guam, on May 30, 2008.

TEKER TORRES & TEKER, P.C.

By _____
JOSEPH C. RAZZANO, ESQ.
Attorneys for Defendant

SO STIPULATED this 31st day of May, 2008.

OFFICE OF THE UNITED STATES ATTORNEY

By _____
KARON V. JOHNSON, ESQ.
Attorneys for Plaintiff

JCR:dq
007 PLDG-STIP TO CONTINUE SENTENCING.wpd