**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
 *Sang Ho Kim*

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. CR06-00071 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER CONTINUING SENTENCING** |
| SANG HO KIM, | ) | |
| Defendant. | ) | |

The Court hereby GRANTS the Stipulation for Continuance of Sentencing Hearing Date filed herein on June 3, 2008, and hereby continues Defendant's Sentencing Hearing Date to August 8, 2008 at 9:30 a.m. The Draft Pre-Sentence Report is due July 3, 2008 to the parties. Responses to the Pre-Sentence Report are due no later than July 25, 2008 and the Final Response Report is due to the Court by August 1, 2008.

The Court, pursuant to Defendant's request, hereby withdraws Defendant's Stipulation for Continuance of Sentencing Hearing Date filed herein on May 29, 2008, as the May 29, 2008 Stipulation is basically identical to Defendant's latter Stipulation of June 3, 2008.

So Ordered.