**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-06-00071-001                    DATE: August 08, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley              Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 9:43:00 - 9:54:45

**APPEARANCES:**

Defendant: Sang Ho Kim                  Attorney: Samuel S. Teker
☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson            U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter: Sung Woo Yoon              Language: Korean

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of time served (approximately 84 days).
- Upon release from imprisonment, defendant is placed on supervised release for a term of 2 years.
- Fine ordered in the amount of $1,000.00.
- Special assessment fee of $100.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Government's oral motion to dismiss Count II granted.

NOTES: