# UNITED STATES DISTRICT COURT

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO**: Immigration and Customs Enforcement
Attn: Detention and Removal Operations
108 Hernan Cortez, Suite 100
Hagatna, Guam 96910

**FROM:** Judy Anne L. Ocampo, U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

☐ **Original Notice**          ☒ **Disposition of Original Notice**

Date: **May 19, 2008**          Date: **August 08, 2008**

By: **Joaquin V.E. Manibusan, Jr.**          By: **Frances M. Tydingco-Gatewood**
**U.S. Magistrate Judge**                     **Chief Judge**

Defendant: **KIM, Sang Ho**          Case Number: **Criminal Case #06-00071-001**

Date of Birth: **XX-XX-1980**          Place of Birth: **Seoul, Korea**

SSN: **XXX-XX-XXXX**          Alien ("A") Number: **XXX XXX XXX**

## NOTICE OF COURT ORDER (Order Date: **May 19, 2008** )

☒ The above-named defendant surrendered Passport Number **XXXXXXXXXX** (Issuing
Country: **Korea** ) to the custody of the U.S. Probation Office on **May 21, 2008** .

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

☐ Defendant not convicted.

☒ Defendant convicted.

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
    ☐ Not Convicted - Document returned to defendant.
    ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)